UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK L. MORRIS, | No. C 06-5015 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| JOE McGRATH, warden; et al., | |
| Defendants. | |

Defendants McGrath and Kirkland filed an ex parte request for a sixty-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney William Kwong, the court GRANTS the request. (Docket # 18.) The court now sets the following new briefing schedule for dispositive motions from all defendants:

1. Defendants must file and serve their dispositive motion no later than **September 7, 2007**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **October 12, 2007**.

3. Defendants must file and serve their reply brief, if any, no later than **October 26, 2007**.

IT IS SO ORDERED.

Dated: June 20, 2007

_____
SUSAN ILLSTON
United States District Judge