1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  WILLIAM C. KWONG, State Bar No. 168010
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5724
    Fax: (415) 703-5843
8   Email: William.Kwong@doj.ca.gov

9  Attorneys for Defendants Crystal L. Martinho-Hatter,
   Sharon M. Ricci, Mark Castellaw, Sue E.
10 Risenhoover, Billie A. Garrett, Barry J. O'Neill,
   Joseph E. Carr, Michael Becker, Steve Owen, Linda
11 Rowe, Kay A. Vail, Joe McGrath, and Richard
   Kirkland

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JACK L. MORRIS,**<br><br>                                                Plaintiff,<br><br>       v.<br><br>**JOE MCGRATH, et al.,**<br><br>                                                Defendants. | C 06-5015 SI (PR)<br><br>**STIPULATED REFERRAL TO MEDIATION BEFORE JUDGE ~~VATAS~~ VADAS**<br><br>Judge: The Honorable Susan Illston |

Plaintiff and counsel for Defendants have met and conferred regarding ADR and have reached the following stipulation under L.R. 16-8 and ADR L.R. 3-5:

Subject to the Court's approval, the parties agree to participate in mediation and, accordingly, request that the Court refer this matter to Judge Vatas for mediation within ninety days of this order.

The parties further agree that the deadline for Defendants to submit their responses to

1 | Plaintiff's written discovery, served on June 25, 2007, is continued to 14 calendar days from the
2 | date of the mediation before Judge Vatas, if mediation is unsuccessful.
3 | DATED: July 27, 2007

5 | JACK L. MORRIS
  | Plaintiff

6 | DATED: July 31, 2007
7 | OFFICE OF THE ATTORNEY GENERAL
  | of the STATE OF CALIFORNIA

9 | By: WILLIAM C. KWONG
10 | Deputy Attorney General
   | Attorneys for Defendants

12 | IT IS SO ORDERED.
13 | Dated: 08/06/07

   | Hon. Susan Illston
   | United States District Court Judge

17 | 20098042.wpd
   | SF2007200392

Stipulated Referral to Mediation Before Judge Vatas                    J. L. Morris v. McGrath, et al.
                                                                       C 06-5015 SI (PR)

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **J. L. Morris v. McGrath, et al.**

No.:   **C 06-5015 SI (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 3, 2007,</u> I served the attached

## STIPULATED REFERRAL TO MEDIATION BEFORE JUDGE VATAS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Jack L. Morris**
**C-06409**
**Pelican Bay State Prison**
**P. O. Box 7500**
**Crescent City, CA 95531-7500**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 3, 2007, at San Francisco, California.

|                    |                    |
|:------------------:|:------------------:|
| L. Santos          | *J. Santos*        |
| Declarant          | Signature          |

20099068.wpd