UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK L. MORRIS,

    Plaintiff,

v.

JOE McGRATH, warden; et al.,

    Defendants.
                                     /

No. C 06-5015 SI (pr)

**ORDER REFERRING ACTION TO MEDIATION PROGRAM**

Pursuant to stipulation of the parties, this action is now referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program. The proceedings will take place within 90 days of the date this order is filed. Magistrate Judge Vadas will coordinate a time and date for a mediation proceeding with all interested parties and/or their representatives and, within 5 days after the conclusion of the mediation proceedings, file with the court a report for the prisoner mediation proceedings. In light of the referral of this action for mediation, the briefing schedule for dispositive motions is vacated.

The clerk will send to Magistrate Judge Vadas in Eureka, California, a copy of the case file for this action.

Plaintiff's motion for a subpoena is DISMISSED as moot. (Docket # 24.) The clerk sent blank subpoenas to plaintiff on August 15, 2007.

IT IS SO ORDERED.

Dated: 9/4/07

                                                      SUSAN ILLSTON
                                                     United States District Judge