UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK L. MORRIS, | No. C 06-5015 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| JOE McGRATH, warden; et al., | |
| Defendants. | |

Defendants' motion for extension of time to file a dispositive motion is denied as unnecessary. (Docket # 33.) The briefing schedule had already been vacated. See Sept. 4, 2007 Order Referring Action To Mediation Program, p. 1 ("In light of the referral of this action for mediation, the briefing schedule for dispositive motions is vacated.")

IT IS SO ORDERED.

Dated: October 29, 2007

_____
SUSAN ILLSTON
United States District Judge