IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK LLOYD MORRIS,<br><br>  Plaintiff,<br><br>    v<br><br>WARDEN v. MCGRATH,<br><br>  Defendants. | Case No C 06-5015 SI<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on November 7, 2007. The results of that proceeding are indicated below:

(1)   The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

   ☒   Plaintiff

   ☐   Warden or warden's representative

   ☒   Office of the California Attorney General

   ☒   Other: California Department of Corrections and Rehabilitation

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on _____.

8  ☒ The parties are unable to reach an agreement at this time. However the parties

9  have agreed to keep open lines of communication and may request a settlement conference

10  after summary judgment motions are heard in Court.

11  Date: 11/14/07

12  _____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORRIS                                                          No. C 06-5015 SI

v.                                                              CERTIFICATE OF SERVICE

MCGRATH
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/14/07, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Jack Lloyd Morris**
Pelican Bay State Prison
C-06409
P.O. Box 7500
Crescent City, CA 95532


                                         RICHARD W. WIEKING, CLERK


                                         By: /s/_____
                                                 Deputy Clerk