**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK L. MORRIS,

    Plaintiff,

  v.

JOE McGRATH; et al.,

    Defendants.
                                   /

No. C 06-5015 SI (pr)

**JUDGMENT**

    Judgment is entered in favor of all defendants and against plaintiff on the federal claims. The state law claims are dismissed without prejudice to plaintiff pursuing them in state court.

    IT IS SO ORDERED AND ADJUDGED.

Dated: December 5, 2009

                                                _____
                                                     SUSAN ILLSTON
                                                United States District Judge